1  STEVEN G. KALAR
   Federal Public Defender
2  DANIEL P. BLANK
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   19th Floor Federal Building
4  San Francisco, California  94102
   Telephone: (415) 436-7700
5  Facsimile: (415) 436-7706

6  MARK GOLDROSEN, CSBN  101731
   Attorney at Law
7  255 Kansas Street, Suite 340
   San Francisco, CA  94103
8  Telephone: (415) 565-9600
   Facsimile: (415) 565-9601
9
   Attorneys for Defendant
10 MIKAL XYLON WILDE

              IN THE UNITED STATES DISTRICT COURT

              FOR THE NORTHERN DISTRICT OF CALIFORNIA

                      SAN FRANCISCO VENUE


| UNITED STATES OF AMERICA, | ) | NO. CR-12-00144 EMC |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | [~~PROPO~~SED] ORDER |
| MIKAL XYLON WILDE, | ) | |
| Defendant. | ) | |

Pursuant to the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that the date for status conference is continued to October 2, 2013, at 2:30 p.m.

It is further ORDERED that the period from August 21, 2013 to October 2, 2013 is excluded from computing the time within which a trial must commence under 18 U.S.C. §

1   3161. A continuance is necessary so that the defendant is not denied continuity of counsel and is
2   allowed reasonable time necessary for effective preparation, taking into account the exercise of
3   due diligence. See 18 U.S.C. §3161(h)(7)(A) and (B)(iv). The ends of justice served by granting
4   such a continuance outweigh the best interests of the public and the defendant in a speedy trial.
5   See 18 U.S.C. §3161(h)(7)(A). The Court has previously designated this case as complex
6   pursuant to 3161(h)(7)(b)(ii).
7   DATED: August __14__, 2013

IT IS SO ORDERED

Judge Edward M. Chen

HON.
United

- 2 -