1  STEVEN G. KALAR
   Federal Public Defender
2  DANIEL P. BLANK
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA 94102
4  Telephone: (415) 436-7700

5  Counsel for Defendant WILDE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) No. CR 12-0144 EMC |
| v. | ) STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE |
| MIKAL WILDE, | ) |
| Defendant. | ) Honorable Edward M. Chen |

Pursuant to the agreement of the parties, the next appearance in the above-captioned matter was previously set for a status conference on Wednesday, October 2, 2013, at 2:30 p.m. A clerk's notice was subsequently issued resetting that status conference to Wednesday, October 9. However, undersigned counsel for Mr. Wilde is unavailable on October 9 due to a previously scheduled medical procedure. Accordingly, the parties stipulate and jointly request that the hearing be continued one week to Wednesday, October 16, 2013, at 2:30 p.m.

IT IS SO STIPULATED.

                              MELINDA HAAG
                              United States Attorney

DATED:                          _____/s/_____
                              WILLIAM FRENTZEN
                              Assistant United States Attorney

DATED:                          _____/s/_____
                              DANIEL P. BLANK
                              Assistant Federal Public Defender
                              Attorney for Mikal Wilde

IT IS SO ORDERED.

DATED:   9/10/13                  _____
                              EDWARD M. CHEN
                              United States District Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*

STIP. & PROP. ORDER                     1